**Order entered December 2, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00609-CV

## IN THE INTEREST OF W.A.H., A CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-08549-Z**

## ORDER

On November 4, 2021, we ordered Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file, no later than November 18, 2021, the reporter's record or written verification no hearings were recorded or appellant had not requested the record. To date, Ms. Finkley has not complied. Accordingly, we **ORDER** Ms. Finkley to file the record or requested verification **no later than December 13, 2021.** As the record was first due September 13, 2021, *we caution Ms. Finkley that failure to comply may result in an order that she not sit as a reporter until she complies.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.

/s/    BONNIE LEE GOLDSTEIN
             JUSTICE